IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JAQUITA TATE, | |
| Plaintiffs, | CIVIL ACTION |
| | FILE NO.: 4:18-CV-0016-JRH-GRS |
| v. | |
| ARLIN SMITH and FLOWERWOOD NURSERY, INC., | |
| Defendant. | |

## ORDER DROPPING FLOWERWOOD NURSERY, INC. AND SUBSTITUTING FLOWERWOOD MANAGEMENT, INC.

The Parties' CONSENT MOTION TO SUBSTITUTE PARTIES AND DROP FLOWERWOOD NURSERY, INC., pursuant to Fed. R. Civ. Pro. 21, having come before the Court, and having found good cause, the Court hereby grants the Parties' Motion and

ORDERS that FLOWERWOOD MANAGEMENT, INC. shall be substituted in place of the currently named Defendant "FLOWERWOOD NURSERY, INC." The Court further ORDERS that Defendant "FLOWERWOOD NURSERY, INC." be dropped from this lawsuit pursuant to Fed. R. Civ. Pro. 21. Henceforth, the case shall proceed as *Jaquita Tate, Plaintiff v. Arlin Smith and Flowerwood Management, Inc., Defendants,* CIVIL ACTION FILE NO.: 4:18-CV-0016-JRH-GRS.

SO ORDERED, this __6th__ day of February, 2018.

_____
Hon. G.R. Smith, Magistrate Judge
United States District Court
Southern District of Georgia