IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JAQUITA TATE, | * | |
| Plaintiff, | * | |
| v. | * | CV 418-16 |
| ARLIN SMITH; and FLOWERBED MANAGEMENT, INC., | * | |
| Defendants. | * | |

## O R D E R

Before the Court is Plaintiff's notice of voluntary dismissal. (Doc. 18.) Plaintiff's voluntary dismissal complies with the Federal Rule of Civil Procedure 41. Upon due consideration, Plaintiff's complaint against Defendants is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 10th day of July, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA